Marc C. Capone, Esq.
Capone & Keefe, P.C.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtor

**Order Filed on November 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No.: **17-31259** |
| Richard & Lorraine Kuhn | Judge: Michael B. Kaplan |
| | Chapter: **13** |

# ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 8, 2017**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Richard & Lorraine Kuhn
Case No.:    **17-31259 (MBK)**
Caption of Order:    **Order Extending the Automatic Stay as to All Creditors**

  Upon the motion of Marc C. Capone, Esq. on behalf of the Debtors to Extend the Automatic Stay as to All Creditors pursuant to 11 U.S.C. §362(c)(3), as hereinafter set forth, and for cause shown, it is

  ORDERED that the Automatic Stay pursuant to 11 U.S.C. §362, as to All Creditors, be and hereby is extended for the duration of the Debtors' chapter 13 case.