Marc C. Capone, Esq.
Capone & Keefe, P.C.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtor

**Order Filed on November 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No.:  **17-31259** |
| Richard & Lorraine Kuhn | Judge:  Michael B. Kaplan |
| | Chapter:  **13** |

### ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 8, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Richard & Lorraine Kuhn
Case No.:   **17-31259 (MBK)**
Caption of Order:   **Order Extending the Automatic Stay as to All Creditors**

    Upon the motion of Marc C. Capone, Esq. on behalf of the Debtors to Extend the Automatic Stay as to All Creditors pursuant to 11 U.S.C. §362(c)(3), as hereinafter set forth, and for cause shown, it is

    ORDERED that the Automatic Stay pursuant to 11 U.S.C. §362, as to All Creditors, be and hereby is extended for the duration of the Debtors' chapter 13 case.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Kuhn  
Lorraine M. Kuhn  
    Debtors

Case No. 17-31259-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 08, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db/jdb         Richard Kuhn,    Lorraine M. Kuhn,    738 Croy Rd,    Brick, NJ   08724-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Marc C. Capone    on behalf of Debtor Richard Kuhn mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
         Marc C. Capone    on behalf of Joint Debtor Lorraine M. Kuhn mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
         Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 5