MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on November 8, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                         Chapter 13

**Richard and Lorraine Kuhn**                  Case No.: 17-31259 (MBK)

                                               Hearing Date:

ORDER TO EMPLOYER TO PAY
DEBTOR'S MORTGAGE COMPANY

The relief set forth on the following pages, numbered two (2) through four (4) is hereby ORDERED.

**DATED: November 8, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s): **Richard & Lorraine Kuhn**
Case No.: **17-31259 (MBK)**
Caption of Order: **Order To Employer To Pay Mortgage Company**

The above-named debtor has filed a proceeding under Chapter 13 of Title 11 of the United States Code. The debtor's future earnings have been submitted to the jurisdiction of this Court, in furtherance of the debtor's Chapter 13 plan.

NOW, THEREFORE, PURSUANT to 11 U.S.C. § 1325(c) and § 105, IT IS ORDERED that, until further order of this Court, the employer or other party providing income to said debtor shall deduct from the earnings or income of said debtor the following sums each pay period, beginning on the next pay day following receipt of this order, and shall deduct the same amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits, arising out of present or past employment of the debtor, and to forthwith remit the sum so deducted to his mortgage company.

**Debtor's Employer and Address:**     Safelite
　　　　　　　　　　　　　　　　　　Attn.: Derrick –Payroll/Accounting Department
　　　　　　　　　　　　　　　　　　7400 Safelite Way
　　　　　　　　　　　　　　　　　　Columbus, OH 43235

**Mortgage Company where Payments Must be Forwarded:**

　　　　　　　　　　　　　　　　　　Specialized Loan Servicing
　　　　　　　　　　　　　　　　　　Attn: Bankruptcy Dept.
　　　　　　　　　　　　　　　　　　PO Box 636005
　　　　　　　　　　　　　　　　　　Littleton, CO 80163

　　　　　　　　　　　　　　　　　　Loan # 1006024159

**Amount to be Deducted and paid Per Pay Period:**
　Monthly__   **Bi-Weekly** __   Weekly_X_       = **$508.77**

IT IS FURTHER ORDERED that the employer or other party making payments shall note the debtor's name and mortgage loan number on the checks to the mortgage company

(Page 3)

Debtor(s):   **Richard & Lorraine Kuhn**
Case No.:    **17-31259 (MBK)**
Caption of Order:   **Order To Employer To Pay Mortgage Company**

  IT IS FURTHER ORDERED that said employer or other party shall notify said mortgage company if the earnings or income of said debtor are terminated, and the reasons for such termination.

  IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this court, shall be paid to the debtor in accordance with employer's usual payroll procedure.

  IT IS FURTHER ORDERED that no deduction for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court shall be made from the earnings of said debtor.

  IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy case shall constitute a termination of the requirement to make payments under this order.

  IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer or other party in this cause.

  IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this order on the employer or other party, and the trustee within five days.

(Page 4)

Debtor(s):      **Richard & Lorraine Kuhn**
Case No.:       **17-31259 (MBK)**
Caption of Order:    **Order To Employer To Pay Mortgage Company**



**IT IS A VIOLATION OF 15 U.S.C. § 1674 AND N.J.S.A. 2A: 170-90.4 FOR AN EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT. AN EMPLOYER VIOLATING SAID STATUTES IS SUBJECT TO FINES AND IMPRISONMENT.**

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Kuhn  
Lorraine M. Kuhn  
    Debtors

Case No. 17-31259-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 08, 2017  
     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db/jdb      Richard Kuhn,    Lorraine M. Kuhn,    738 Croy Rd,    Brick, NJ  08724-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:  
     Albert Russo    docs@russotrustee.com  
     Marc C. Capone    on behalf of Debtor Richard Kuhn mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
     Marc C. Capone    on behalf of Joint Debtor Lorraine M. Kuhn mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
     Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 rsolarz@kmllawgroup.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 5