Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31259–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Kuhn
738 Croy Rd
Brick, NJ 08724–1102

Lorraine M. Kuhn
738 Croy Rd
Brick, NJ 08724–1102

Social Security No.:
xxx–xx–0116                                                            xxx–xx–0394

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 18, 2018.

On 1/24/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                  February 27, 2018
Time:                  10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 24, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-31259-MBK
Richard Kuhn                                                                Chapter 13
Lorraine M. Kuhn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jan 24, 2018
                              Form ID: 185             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
```
db/jdb         Richard Kuhn,    Lorraine M. Kuhn,    738 Croy Rd,    Brick, NJ 08724-1102
517131589      Apex,    2501 Oregon Pike,    Lancaster, PA 17601-4890
517131590      Ars/Account Resolution Specialist,    PO Box 459079,    Sunrise, FL 33345-9079
517131592      Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
517131593      Brick Dental Associates,    1683 Route 88 Ste B,    Brick, NJ 08724-3072
517131594      Bricktown Medical Group,    34 Lanes Mill Rd,    Brick, NJ 08724-7056
517131595      Brielle Orthopedics,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
517131596      Buckley Madole, PC,    99 Wood Ave S Ste 803,    Iselin, NJ 08830-2713
517131599      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
517131600     +Celentano, Stadtmauer & Walentowicz,    1035 US Highway 46,    Clifton, NJ 07013-7481
517131601      Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
517131602      Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
517131604      Diversified Adjustment Swervices, Inc,    DASI-Bankrupcty,    60 Coon Rapids Blvd NW,
                Coon Rapids, MN 55448-5809
517131606      Doctors Office of Bric,    686 Route 70,    Brick, NJ 08723-4026
517131607      Doctors Office of Bric,    484 Temple Hill Rd Ste 104,    New Windsor, NY 12553-5529
517131608      Doctors Office of Brick,    PO Box 870,    Newburgh, NY 12551-0870
517131609      Donna L. Thompson, Esq.,    PO Box 679,    Allenwood, NJ 08720-0679
517131610      Dr. John Young, Jr.,    940 Cedar Bridge Ave Ste 101,    Brick, NJ 08723-4170
517131611      FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517131613     #Hematology Oncology Associates,    368 Lakehurst Rd Ste 201,    Toms River, NJ 08755-7339
517160578     +Intercoastal Financial, LLC,    7954 Transit Rd. #144,    Williamsville, NY 14221-4117
517131616      Jose Suatengco,    9 Mule Rd,    Toms River, NJ 08755-5043
517131617      Keystone Orthopaedic,    c/o NAHGA Claims,    PO Box 189,    Bridgton, ME 04009-0189
517131618      Lewis Wetstein, M.C.,    143 South St,    Freehold, NJ 07728-2043
517131620      Meridian Health,    PO Box 9319,    Trenton, NJ 08650-1319
517137519     +Michaelson Foreign Car Parts,    c/o DL Thompson Law, PC,    PO Box 679,
                Allenwood, NJ 08720-0679
517131621      Michaelson Foreign Car Parts,    56 Causeway St,    South River, NJ 08882-1304
517131622     +Midland Funding,    227 W Strade St Ste 1610,    Charlotte, NC 28202-1676
517131624      Minuteclinic Diagnostic,    PO Box 14099,    Belfast, ME 04915-4034
517131625      Najib Alturk, MD,    508 Lakehurst Rd Ste 2B,    Toms River, NJ 08755-8000
517131627      Pluese, Becker & Saltzman,    2000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4303
517131628      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517131629      Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517131631      Southern Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517131632     +Specialized Loan Servicing,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
517131633      Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
                Littleton, CO 80163-6005
517131634      St. Joseph Medical Center,    1643 Lewis Ave Ste 203,    Billings, MT 59102-4151
517131637      TFC Credit Corporation,    PO Box 579,    San Ramon, CA 94583-0579
517131636      Target Card Services,    PO Box 673,    Minneapolis, MN 55440-0673
517168600     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517131638      Trans-Continental,    PO Box 5055,    White Plains, NY 10602-5055
517202888      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2018 23:40:42    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2018 23:40:38    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517131591      E-mail/Text: ebn@barnabashealth.org Jan 24 2018 23:41:08    Barnabas Health,    PO Box 903,
                Oceanport, NJ 07757-0903
517131597      E-mail/Text: bnc-capio@quantum3group.com Jan 24 2018 23:40:33    Capio Partners,
                2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
517131598      E-mail/Text: bnc-capio@quantum3group.com Jan 24 2018 23:40:33    Capio Partners LLC,
                Attn: Bankruptcy,    PO Box 3498,    Sherman, TX 75091-3498
517131603      E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 24 2018 23:41:31
                Credit Collections Services,    Attention: Bankruptcy,    725 Canton St,
                Norwood, MA 02062-2679
517131605      E-mail/Text: bankruptcynotices@dcicollect.com Jan 24 2018 23:41:16    Diversified Consultant,
                DCI,    PO Box 551268,    Jacksonville, FL 32255-1268
517131612     +E-mail/Text: bkynotice@harvardcollect.com Jan 24 2018 23:41:44    Harvard Collection,
                Attn: Bankruptcy,    4839 N Elston Ave,    Chicago, IL 60630-2589
517131614      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2018 23:40:57    Jefferson Capital,
                PO Box 23051,    Columbus, GA 31902-3051
517131615      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2018 23:40:57    Jefferson Capital Systems, LLC,
                16 McLeland Rd,    Saint Cloud, MN 56301-2198
517131619      E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jan 24 2018 23:41:21    Meridian Health,
                PO Box 417140,    Boston, MA 02241-7140
```

```
District/off: 0312-3          User: admin              Page 2 of 2                    Date Rcvd: Jan 24, 2018
                              Form ID: 185             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517131623        E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2018 23:40:37      Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA  92123-2255
517131626        E-mail/Text: OMCbankruptcy@hackensackmeridian.org Jan 24 2018 23:41:21     Ocean Medical Center,
                  PO Box 417140,    Boston, MA  02241-7140
517131630        E-mail/Text: bankruptcy@savit.com Jan 24 2018 23:41:37      Savit Coll,    PO Box 250,
                  East Brunswick, NJ  08816-0250
517133709       +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2018 23:43:28      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
517131635        E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2018 23:43:28      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
517131639        E-mail/Text: collect@williamsalexander.com Jan 24 2018 23:40:22       Waassociates,    PO Box 2148,
                  Wayne, NJ  07474-2148
517131640        E-mail/Text: collect@williamsalexander.com Jan 24 2018 23:40:22
                  Williams, Alexander & Associates,    PO Box 2148,    Wayne, NJ  07474-2148
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,  Series
               2007-4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Richard  Kuhn mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Joint Debtor Lorraine M. Kuhn mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,  Series
               2007-4 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```