MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on March 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                  Chapter 13

Richard & Lorraine Kuhn                 Case No.: 17-31259 (MBK)

                                        Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 12, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Richard & Lorraine Kuhn
Case No.:    17-31259 (MBK)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$939.11** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    **X**    **$939.11** through the Chapter 13 plan as an administrative priority; and

    ___    $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**N/A**

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-31259-MBK
Richard Kuhn                                                    Chapter 13
Lorraine M. Kuhn
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Mar 12, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db/jdb         Richard Kuhn,    Lorraine M. Kuhn,    738 Croy Rd,    Brick, NJ   08724-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Loss Mitigation    Specialized Loan Servicing, LLC
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,   Series
               2007-4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Richard   Kuhn mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Joint Debtor Lorraine M. Kuhn mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,   Series
               2007-4 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7