UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

**Order Filed on September 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Richard J. Kuhn, Jr. and Lorraine M. Kuhn

Case No.:  _____17-31259_____

Chapter:  _____13_____

Judge:  ___Michael B. Kaplan___

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 5, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ March 9, 2018 _____ :

Property:  738 Croy Road, Brick, NJ 08724 _____

Creditor:  Specialized Loan Servicing _____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ the Debtors _____, and for good cause shown

□ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ December 31, 2018 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*