UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

Order Filed on May 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard J. Kuhn, Jr. and Lorraine M. Kuhn

Case No.:   17-31259

Chapter:   13

Judge:   Michael B. Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __September 5, 2018__ :

Property:    738 Croy Road, Brick, NJ 08724

Creditor:    Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __the Debtors__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __August 31, 2019__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*