UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

**Order Filed on May 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Richard J. Kuhn, Jr. and Lorraine M. Kuhn

Case No.:  17-31259

Chapter:  13

Judge:  Michael B. Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __September 5, 2018__ :

Property: 738 Croy Road, Brick, NJ 08724

Creditor: Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __the Debtors__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __August 31, 2019__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-31259-MBK
Richard Kuhn　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Lorraine M. Kuhn
　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: May 13, 2019
　　　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.
db/jdb　　　　Richard Kuhn,　　Lorraine M. Kuhn,　　738 Croy Rd,　　Brick, NJ　08724-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
　　　Albert　Russo　　on behalf of Trustee Albert　Russo docs@russotrustee.com
　　　Albert　Russo　　docs@russotrustee.com
　　　Brian C. Nicholas　　on behalf of Loss Mitigation　　Specialized Loan Servicing, LLC
　　　　bnicholas@kmllawgroup.com,　bkgroup@kmllawgroup.com
　　　Denise E. Carlon　　on behalf of Creditor　　The Bank of New York Mellon FKA The Bank of New York,
　　　　as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,　Series
　　　　2007-4 dcarlon@kmllawgroup.com,　bkgroup@kmllawgroup.com
　　　Marc C Capone　　on behalf of Joint Debtor Lorraine M. Kuhn 5325@notices.nextchapterbk.com,
　　　　docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
　　　Marc C Capone　　on behalf of Debtor Richard　Kuhn 5325@notices.nextchapterbk.com,
　　　　docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
　　　Rebecca Ann Solarz　　on behalf of Creditor　　The Bank of New York Mellon FKA The Bank of New York,
　　　　as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,　Series
　　　　2007-4 rsolarz@kmllawgroup.com
　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8