Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31259–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Kuhn
738 Croy Rd
Brick, NJ 08724–1102

Lorraine M. Kuhn
738 Croy Rd
Brick, NJ 08724–1102

Social Security No.:
  xxx–xx–0116                                               xxx–xx–0394

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 6, 2018.

On 7/2/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                 August 18, 2020
Time:                10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 6, 2020
JAN: gan

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-31259-MBK
Richard Kuhn                                                    Chapter 13
Lorraine M. Kuhn
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Jul 06, 2020
                              Form ID: 185             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2020.
db/jdb          Richard Kuhn,    Lorraine M. Kuhn,    738 Croy Rd,    Brick, NJ 08724-1102
lm             +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,    St.. 300,
                 Highlands Ranch, CO 80129-2386
cr             +Specialized Loan Servicing, LLC, as servicer for T,    P.O. Box 340514,    Tampa, FL 33694-0514
517131589       Apex,    2501 Oregon Pike,    Lancaster, PA 17601-4890
517131590       Ars/Account Resolution Specialist,    PO Box 459079,    Sunrise, FL 33345-9079
517131592       Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
517131593       Brick Dental Associates,    1683 Route 88 Ste B,    Brick, NJ 08724-3072
517131594       Bricktown Medical Group,    34 Lanes Mill Rd,    Brick, NJ 08724-7056
517131595       Brielle Orthopedics,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
517131600      +Celentano, Stadtmauer & Walentowicz,    1035 US Highway 46,    Clifton, NJ 07013-7481
517131604       Diversified Adjustment Swervices, Inc,    DASI-Bankrupcty,    60 Coon Rapids Blvd NW,
                 Coon Rapids, MN 55448-5809
517131606       Doctors Office of Bric,    686 Route 70,    Brick, NJ 08723-4026
517131607       Doctors Office of Bric,    484 Temple Hill Rd Ste 104,    New Windsor, NY 12553-5529
517131608       Doctors Office of Brick,    PO Box 870,    Newburgh, NY 12551-0870
517131609       Donna L. Thompson, Esq.,    PO Box 679,    Allenwood, NJ 08720-0679
517131610       Dr. John Young, Jr.,    940 Cedar Bridge Ave Ste 101,    Brick, NJ 08723-4170
517131611       FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517160578      +Intercoastal Financial, LLC,    7954 Transit Rd. #144,    Williamsville, NY 14221-4117
517131616       Jose Suatengco,    9 Mule Rd,    Toms River, NJ 08755-5043
517131617       Keystone Orthopaedic,    c/o NAHGA Claims,    PO Box 189,    Bridgton, ME 04009-0189
517131618       Lewis Wetstein, M.C.,    143 South St,    Freehold, NJ 07728-2043
517131620       Meridian Health,    PO Box 9319,    Trenton, NJ 08650-1319
517137519      +Michaelson Foreign Car Parts,    c/o DL Thompson Law, PC,    PO Box 679,
                 Allenwood, NJ 08720-0679
517131621       Michaelson Foreign Car Parts,    56 Causeway St,    South River, NJ 08882-1304
517131622      +Midland Funding,    227 W Strade St Ste 1610,    Charlotte, NC 28202-1676
517131624       Minuteclinic Diagnostic,    PO Box 14099,    Belfast, ME 04915-4034
517131625       Najib Alturk, MD,    508 Lakehurst Rd Ste 2B,    Toms River, NJ 08755-8000
517327972       Ocean Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 E, P.O. Box 2594,    Clifton, NJ 07015-2594
517131627       Pluese, Becker & Saltzman,    2000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4303
517131628       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517131629       Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517131631       Southern Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517131632      +Specialized Loan Servicing,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
517131633       Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
                 Littleton, CO 80163-6005
517131634       St. Joseph Medical Center,    1643 Lewis Ave Ste 203,    Billings, MT 59102-4151
517131637       TFC Credit Corporation,    PO Box 579,    San Ramon, CA 94583-0579
517131636       Target Card Services,    PO Box 673,    Minneapolis, MN 55440-0673
517168600      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517131638       Trans-Continental,    PO Box 5055,    White Plains, NY 10602-5055
517202888       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 00:32:48      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 00:32:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517331344       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 00:37:27
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
                 Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517131591       E-mail/Text: ebn@rwjbh.org Jul 07 2020 00:33:15      Barnabas Health,    PO Box 903,
                 Oceanport, NJ 07757-0903
517131597       E-mail/Text: bnc-capio@quantum3group.com Jul 07 2020 00:32:43      Capio Partners,
                 2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
517131598       E-mail/Text: bnc-capio@quantum3group.com Jul 07 2020 00:32:43      Capio Partners LLC,
                 Attn: Bankruptcy,    PO Box 3498,    Sherman, TX 75091-3498
517131599       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 00:38:37      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517131601       E-mail/Text: ebnnotifications@creditacceptance.com Jul 07 2020 00:31:44      Credit Acceptance,
                 PO Box 513,    Southfield, MI 48037-0513
517131602       E-mail/Text: ebnnotifications@creditacceptance.com Jul 07 2020 00:31:44      Credit Acceptance,
                 25505 W 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
517131603       E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 07 2020 00:33:29
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton St,
                 Norwood, MA 02062-2679
517131605       E-mail/Text: bankruptcynotices@dcicollect.com Jul 07 2020 00:33:18      Diversified Consultant,
                 DCI,    PO Box 551268,    Jacksonville, FL 32255-1268
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Jul 06, 2020
                              Form ID: 185             Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517131612      +E-mail/Text: bkynotice@harvardcollect.com Jul 07 2020 00:33:43      Harvard Collection,
                 Attn: Bankruptcy,    4839 N Elston Ave,    Chicago, IL 60630-2589
517131614       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 07 2020 00:33:02      Jefferson Capital,
                 PO Box 23051,    Columbus, GA 31902-3051
517131615       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 07 2020 00:33:02      Jefferson Capital Systems, LLC,
                 16 McLeland Rd,    Saint Cloud, MN 56303-2198
517131619       E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jul 07 2020 00:33:23      Meridian Health,
                 PO Box 417140,    Boston, MA 02241-7140
517131623       E-mail/Text: bankruptcydpt@mcmcg.com Jul 07 2020 00:32:44      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
517131626       E-mail/Text: OMCbankruptcy@hackensackmeridian.org Jul 07 2020 00:33:23      Ocean Medical Center,
                 PO Box 417140,    Boston, MA 02241-7140
517324465       E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2020 00:32:41
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517324456       E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2020 00:32:41
                 Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517131630       E-mail/Text: bankruptcy@savit.com Jul 07 2020 00:33:35      Savit Coll,    PO Box 250,
                 East Brunswick, NJ 08816-0250
517133709      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517131635       E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:11      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517131639       E-mail/Text: collect@williamsalexander.com Jul 07 2020 00:32:12      Waassociates,    PO Box 2148,
                 Wayne, NJ 07474-2148
517131640       E-mail/Text: collect@williamsalexander.com Jul 07 2020 00:32:12
                 Williams, Alexander & Associates,    PO Box 2148,    Wayne, NJ 07474-2148
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517131596     ##Buckley Madole, PC,   99 Wood Ave S Ste 803,   Iselin, NJ 08830-2713
517131613     ##Hematology Oncology Associates,   368 Lakehurst Rd Ste 201,   Toms River, NJ 08755-7339
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2020 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Loss Mitigation    Specialized Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for The
               Bank of New York Mellon bk@stewartlegalgroup.com
              Marc C Capone    on behalf of Joint Debtor Lorraine M. Kuhn ecf@gbclawgroup.com,
               mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
               roup.com;jgillman@ecf.courtdrive.com
              Marc C Capone    on behalf of Debtor Richard Kuhn ecf@gbclawgroup.com,
               mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
               roup.com;jgillman@ecf.courtdrive.com
```

```
District/off: 0312-3              User: admin              Page 3 of 3              Date Rcvd: Jul 06, 2020
                                  Form ID: 185             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,  Series 2007-4 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                     TOTAL: 9