Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31259–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Kuhn | Lorraine M. Kuhn |
| 738 Croy Rd | 738 Croy Rd |
| Brick, NJ 08724–1102 | Brick, NJ 08724–1102 |

Social Security No.:
  xxx–xx–0116    xxx–xx–0394

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date: 10/6/20
Time: 01:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorne

COMMISSION OR FEES
fee: $2930.00

EXPENSES
expenses: $50.00

If this is a chapter 13 case, the fees and expenses awarded:

☑  will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐  will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 25, 2020
JAN: kmm

                                                         Jeanne Naughton
                                                        Clerk