Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31259–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Kuhn
738 Croy Rd
Brick, NJ 08724–1102

Lorraine M. Kuhn
738 Croy Rd
Brick, NJ 08724–1102

Social Security No.:
   xxx–xx–0116                                         xxx–xx–0394

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       10/6/20
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorne

COMMISSION OR FEES
fee: $2930.00

EXPENSES
expenses: $50.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 25, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-31259-MBK
Richard Kuhn                                                        Chapter 13
Lorraine M. Kuhn
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Aug 25, 2020
                              Form ID: 137             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
```
db/jdb         Richard Kuhn,    Lorraine M. Kuhn,    738 Croy Rd,    Brick, NJ  08724-1102
lm            +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,   St.. 300,
               Highlands Ranch, CO 80129-2386
cr            +Specialized Loan Servicing, LLC, as servicer for T,    P.O. Box 340514,    Tampa, FL 33694-0514
517131589      Apex,    2501 Oregon Pike,    Lancaster, PA  17601-4890
517131590      Ars/Account Resolution Specialist,    PO Box 459079,    Sunrise, FL  33345-9079
517131592      Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA  19101-7418
517131593      Brick Dental Associates,    1683 Route 88 Ste B,    Brick, NJ  08724-3072
517131594      Bricktown Medical Group,    34 Lanes Mill Rd,    Brick, NJ  08724-7056
517131595      Brielle Orthopedics,    457 Jack Martin Blvd,    Brick, NJ  08724-7776
517131600     +Celentano, Stadtmauer & Walentowicz,    1035 US Highway 46,    Clifton, NJ 07013-7481
517131604      Diversified Adjustment Swervices, Inc,    DASI-Bankrupcty,    60 Coon Rapids Blvd NW,
               Coon Rapids, MN  55448-5809
517131607      Doctors Office of Bric,    484 Temple Hill Rd Ste 104,    New Windsor, NY  12553-5529
517131606      Doctors Office of Bric,    686 Route 70,    Brick, NJ  08723-4026
517131608      Doctors Office of Brick,    PO Box 870,    Newburgh, NY  12551-0870
517131609      Donna L. Thompson, Esq.,    PO Box 679,    Allenwood, NJ  08720-0679
517131610      Dr. John Young, Jr.,    940 Cedar Bridge Ave Ste 101,    Brick, NJ  08723-4170
517131611      FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA  17106-9184
517160578     +Intercoastal Financial, LLC,    7954 Transit Rd. #144,    Williamsville, NY 14221-4117
517131616      Jose Suatengco,    9 Mule Rd,    Toms River, NJ  08755-5043
517131617      Keystone Orthopaedic,    c/o NAHGA Claims,    PO Box 189,    Bridgton, ME  04009-0189
517131618      Lewis Wetstein, M.C.,    143 South St,    Freehold, NJ  07728-2043
517131620      Meridian Health,    PO Box 9319,    Trenton, NJ  08650-1319
517131621      Michaelson Foreign Car Parts,    56 Causeway St,    South River, NJ  08882-1304
517137519     +Michaelson Foreign Car Parts,    c/o DL Thompson Law, PC,    PO Box 679,
               Allenwood, NJ 08720-0679
517131622     +Midland Funding,    227 W Strade St Ste 1610,    Charlotte, NC 28202-1676
517131624      Minuteclinic Diagnostic,    PO Box 14099,    Belfast, ME  04915-4034
517131625      Najib Alturk, MD,    508 Lakehurst Rd Ste 2B,    Toms River, NJ  08755-8000
517327972      Ocean Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
               1035 Route 46 E, P.O. Box 2594,    Clifton, NJ 07015-2594
517131627      Pluese, Becker & Saltzman,    2000 Horizon Way Ste 900,    Mount Laurel, NJ  08054-4303
517131628      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
517131629      Remex Inc,    307 Wall St,    Princeton, NJ  08540-1515
517131631      Southern Ocean Medical Center,    PO Box 650292,    Dallas, TX  75265-0292
517131632     +Specialized Loan Servicing,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
517131633      Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
               Littleton, CO  80163-6005
517131634      St. Joseph Medical Center,    1643 Lewis Ave Ste 203,    Billings, MT  59102-4151
517131637      TFC Credit Corporation,    PO Box 579,    San Ramon, CA  94583-0579
517131636      Target Card Services,    PO Box 673,    Minneapolis, MN  55440-0673
517168600     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517131638      Trans-Continental,    PO Box 5055,    White Plains, NY  10602-5055
517202888      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2020 23:00:26     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2020 23:00:25     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517331344      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2020 23:04:54
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
               Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517131591      E-mail/Text: ebn@rwjbh.org Aug 25 2020 23:00:39     Barnabas Health,    PO Box 903,
               Oceanport, NJ  07757-0903
517131597      E-mail/Text: bnc-capio@quantum3group.com Aug 25 2020 23:00:23     Capio Partners,
               2222 Texoma Pkwy Ste 150,    Sherman, TX  75090-2481
517131598      E-mail/Text: bnc-capio@quantum3group.com Aug 25 2020 23:00:23     Capio Partners LLC,
               Attn: Bankruptcy,    PO Box 3498,    Sherman, TX  75091-3498
517131599      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 25 2020 23:04:50     Capital One,
               PO Box 30285,    Salt Lake City, UT  84130-0285
517131601      E-mail/Text: ebnnotifications@creditacceptance.com Aug 25 2020 22:54:50     Credit Acceptance,
               PO Box 513,    Southfield, MI  48037-0513
517131602      E-mail/Text: ebnnotifications@creditacceptance.com Aug 25 2020 22:54:50     Credit Acceptance,
               25505 W 12 Mile Rd Ste 3000,    Southfield, MI  48034-8331
517131603      E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 25 2020 23:00:46
               Credit Collections Services,    Attention: Bankruptcy,    725 Canton St,
               Norwood, MA  02062-2679
```

```
District/off: 0312-3           User: admin              Page 2 of 3               Date Rcvd: Aug 25, 2020
                               Form ID: 137             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517131605      E-mail/Text: bankruptcynotices@dcicollect.com Aug 25 2020 23:00:41     Diversified Consultant,
               DCI,   PO Box 551268,   Jacksonville, FL  32255-1268
517131612     +E-mail/Text: bkynotice@harvardcollect.com Aug 25 2020 23:00:53    Harvard Collection,
               Attn: Bankruptcy,   4839 N Elston Ave,   Chicago, IL 60630-2589
517131614      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 25 2020 23:00:33    Jefferson Capital,
               PO Box 23051,   Columbus, GA  31902-3051
517131615      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 25 2020 23:00:33    Jefferson Capital Systems, LLC,
               16 McLeland Rd,   Saint Cloud, MN  56303-2198
517131619      E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Aug 25 2020 23:00:43    Meridian Health,
               PO Box 417140,   Boston, MA  02241-7140
517131623      E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2020 23:00:24    Midland Funding,
               8875 Aero Dr Ste 200,   San Diego, CA  92123-2255
517131626      E-mail/Text: OMCbankruptcy@hackensackmeridian.org Aug 25 2020 23:00:44    Ocean Medical Center,
               PO Box 417140,   Boston, MA  02241-7140
517324465      E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2020 23:00:21
               Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
517324456      E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2020 23:00:21
               Quantum3 Group LLC as agent for,   CP Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
517131630      E-mail/Text: bankruptcy@savit.com Aug 25 2020 23:00:49    Savit Coll,   PO Box 250,
               East Brunswick, NJ  08816-0250
517133709     +E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2020 23:04:14    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517131635      E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2020 23:04:14    Synchrony Bank/Lowes,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
517131639      E-mail/Text: collect@williamsalexander.com Aug 25 2020 22:55:04    Waassociates,   PO Box 2148,
               Wayne, NJ  07474-2148
517131640      E-mail/Text: collect@williamsalexander.com Aug 25 2020 22:55:04
               Williams, Alexander & Associates,   PO Box 2148,   Wayne, NJ  07474-2148
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518924468*    +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517131596     ##Buckley Madole, PC,   99 Wood Ave S Ste 803,   Iselin, NJ  08830-2713
517131613     ##Hematology Oncology Associates,   368 Lakehurst Rd Ste 201,   Toms River, NJ  08755-7339
                                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Loss Mitigation    Specialized Loan Servicing, LLC
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,  Series
           2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for The
           Bank of New York Mellon bk@stewartlegalgroup.com
          Marc C Capone    on behalf of Joint Debtor Lorraine M. Kuhn ecf@gbclawgroup.com,
           mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
           roup.com;jgillman@ecf.courtdrive.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3          Date Rcvd: Aug 25, 2020
                              Form ID: 137             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marc C Capone    on behalf of Debtor Richard  Kuhn ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

        Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,  Series 2007-4 rsolarz@kmllawgroup.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 9