Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−31259−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Kuhn
738 Croy Rd
Brick, NJ 08724−1102

Lorraine M. Kuhn
738 Croy Rd
Brick, NJ 08724−1102

Social Security No.:
   xxx−xx−0116

xxx−xx−0394

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/6/21 at 09:00 AM

to consider and act upon the following:

*106* − Creditor's Certification of Default (related document:103 Consent Order) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon. Objection deadline is 03/12/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 3/15/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court