Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−31259−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Kuhn                                             Lorraine M. Kuhn
   738 Croy Rd                                               738 Croy Rd
   Brick, NJ 08724−1102                            Brick, NJ 08724−1102

Social Security No.:
   xxx−xx−0116                                              xxx−xx−0394

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 6, 2018.

On 7/8/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                August 11, 2021
Time:               10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 9, 2021
JAN: gan

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 17-31259-MBK
Richard Kuhn                                                                                 Chapter 13
Lorraine M. Kuhn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                                              Page 1 of 4
Date Rcvd: Jul 09, 2021             Form ID: 185                                             Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Richard Kuhn, Lorraine M. Kuhn, 738 Croy Rd, Brick, NJ 08724-1102 |
| lm | + | Specialized Loan Servicing, LLC, 8742 Lucent Blv., St.. 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing, LLC, as servicer for T, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517131589 | | Apex, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517131590 | | Ars/Account Resolution Specialist, PO Box 459079, Sunrise, FL 33345-9079 |
| 517131592 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517131593 | | Brick Dental Associates, 1683 Route 88 Ste B, Brick, NJ 08724-3072 |
| 517131594 | | Bricktown Medical Group, 34 Lanes Mill Rd, Brick, NJ 08724-7056 |
| 517131595 | | Brielle Orthopedics, 457 Jack Martin Blvd, Brick, NJ 08724-7776 |
| 517131600 | + | Celentano, Stadtmauer & Walentowicz, 1035 US Highway 46, Clifton, NJ 07013-7481 |
| 517131604 | | Diversified Adjustment Swervices, Inc, DASI-Bankrupcty, 60 Coon Rapids Blvd NW, Coon Rapids, MN 55448-5809 |
| 517131606 | | Doctors Office of Bric, 686 Route 70, Brick, NJ 08723-4026 |
| 517131607 | | Doctors Office of Bric, 484 Temple Hill Rd Ste 104, New Windsor, NY 12553-5529 |
| 517131608 | | Doctors Office of Brick, PO Box 870, Newburgh, NY 12551-0870 |
| 517131609 | | Donna L. Thompson, Esq., PO Box 679, Allenwood, NJ 08720-0679 |
| 517131610 | | Dr. John Young, Jr., 940 Cedar Bridge Ave Ste 101, Brick, NJ 08723-4170 |
| 517131611 | | FedLoan Servicing, Attention: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517160578 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 517131616 | | Jose Suatengco, 9 Mule Rd, Toms River, NJ 08755-5043 |
| 517131617 | | Keystone Orthopaedic, c/o NAHGA Claims, PO Box 189, Bridgton, ME 04009-0189 |
| 517131618 | | Lewis Wetstein, M.C., 143 South St, Freehold, NJ 07728-2043 |
| 517131620 | | Meridian Health, PO Box 9319, Trenton, NJ 08650-1319 |
| 517137519 | + | Michaelson Foreign Car Parts, c/o DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |
| 517131621 | | Michaelson Foreign Car Parts, 56 Causeway St, South River, NJ 08882-1304 |
| 517131624 | | Minuteclinic Diagnostic, PO Box 14099, Belfast, ME 04915-4034 |
| 517131625 | | Najib Alturk, MD, 508 Lakehurst Rd Ste 2B, Toms River, NJ 08755-8000 |
| 517327972 | | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 E, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517131627 | | Pluese, Becker & Saltzman, 2000 Horizon Way Ste 900, Mount Laurel, NJ 08054-4303 |
| 517131628 | | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517131629 | | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517131631 | | Southern Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 517131632 | + | Specialized Loan Servicing, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517131633 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy, PO Box 636005, Littleton, CO 80163-6005 |
| 517131634 | | St. Joseph Medical Center, 1643 Lewis Ave Ste 203, Billings, MT 59102-4151 |
| 517131637 | | TFC Credit Corporation, PO Box 579, San Ramon, CA 94583-0579 |
| 517131636 | | Target Card Services, PO Box 673, Minneapolis, MN 55440-0673 |
| 517168600 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519068492 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517131638 | | Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |
| 517202888 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 40

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2021 | Form ID: 185 | Total Noticed: 65 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517331344 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2021 20:38:46 | Ashley Funding Services, LLC its successors and, assigns as assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517131591 | Email/Text: ebn@rwjbh.org | Jul 09 2021 20:29:00 | Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 517131597 | Email/Text: bnc-capio@quantum3group.com | Jul 09 2021 20:29:00 | Capio Partners, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 517131598 | Email/Text: bnc-capio@quantum3group.com | Jul 09 2021 20:29:00 | Capio Partners LLC, Attn: Bankruptcy, PO Box 3498, Sherman, TX 75091-3498 |
| 517131599 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:35 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517131601 | Email/Text: ebnnotifications@creditacceptance.com | Jul 09 2021 20:28:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 517131602 | Email/Text: ebnnotifications@creditacceptance.com | Jul 09 2021 20:28:00 | Credit Acceptance, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 517131603 | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 09 2021 20:29:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 517131605 | Email/Text: bankruptcynotices@dcicollect.com | Jul 09 2021 20:29:00 | Diversified Consultant, DCI, PO Box 551268, Jacksonville, FL 32255-1268 |
| 517131612 | + Email/Text: bkynotice@harvardcollect.com | Jul 09 2021 20:29:00 | Harvard Collection, Attn: Bankruptcy, 4839 N Elston Ave, Chicago, IL 60630-2589 |
| 517131614 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 09 2021 20:29:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902-3051 |
| 517131615 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 09 2021 20:29:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 517131619 | Email/Text: Meridianbankruptcy@hackensackmeridian.org | Jul 09 2021 20:29:00 | Meridian Health, PO Box 417140, Boston, MA 02241-7140 |
| 517131622 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 09 2021 20:29:00 | Midland Funding, 227 W Strade St Ste 1610, Charlotte, NC 28202-1676 |
| 517131623 | Email/Text: bankruptcydpt@mcmcg.com | Jul 09 2021 20:29:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 517131626 | Email/Text: OMCbankruptcy@hackensackmeridian.org | Jul 09 2021 20:29:00 | Ocean Medical Center, PO Box 417140, Boston, MA 02241-7140 |
| 517324465 | Email/Text: bnc-quantum@quantum3group.com | Jul 09 2021 20:29:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517324456 | Email/Text: bnc-quantum@quantum3group.com | Jul 09 2021 20:29:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517131630 | Email/Text: bankruptcy@savit.com | Jul 09 2021 20:29:00 | Savit Coll, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517133709 | + Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2021 | Form ID: 185 | Total Noticed: 65 |

| 517131635 | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517131639 | Email/Text: collect@williamsalexander.com | Jul 09 2021 20:29:00 | Waassociates, PO Box 2148, Wayne, NJ 07474-2148 |
| 517131640 | Email/Text: collect@williamsalexander.com | Jul 09 2021 20:29:00 | Williams, Alexander & Associates, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518924468 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517131596 | ## | Buckley Madole, PC, 99 Wood Ave S Ste 803, Iselin, NJ 08830-2713 |
| 517131613 | ## | Hematology Oncology Associates, 368 Lakehurst Rd Ste 201, Toms River, NJ 08755-7339 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Loss Mitigation Specialized Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon bk@stewartlegalgroup.com |
| Marc C Capone | on behalf of Joint Debtor Lorraine M. Kuhn ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Richard Kuhn ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jul 09, 2021 | Form ID: 185 | Total Noticed: 65

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9