Gillman, Bruton & Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
732-528-1166
By Marc C. Capone, Esq.
Attorney for Debtors
MC 4795

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

**Richard & Lorraine Kuhn**

DEBTORS

CASE NO.: **17-31259**

Hearing Date:

Judge: **Michael B. Kaplan**

## CERTIFICATION OF SERVICE

1. I, **Tiffany Vasarkovy**:

    ___ represent the _____ in the above-captioned matter.

    **X** am the secretary/paralegal for **Marc C. Capone**, who represents the **Debtors** in the above captioned matter.

2. On **December 8, 2021**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Second Notice of Modified Chapter 13 Plan, Modified Chapter 13 Plan and Zillow value**

3. I hereby certify that under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 12/8/2021

**/s/ Tiffany Vasarkovy**
TIFFANY VASARKOVY

4885-7036-5190, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>Attn: Richard Fairbank, CEO<br>PO Box 30285<br>Salt Lake City, UT 84130 | Judgment creditor | ___ Hand Delivered<br>_X_ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Jefferson Capital<br>Attn: David Burton, President<br>PO Box 23051<br>Columbus, GA 31902 | Judgment creditor | ___ Hand Delivered<br>_X_ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Midland Funding<br>Attn: Brandon Black, CEO<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Judgment creditor | ___ Hand Delivered<br>_X_ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Ocean Medical Center<br>Attn: Dean Lin, President<br>PO Box 417140<br>Boston, MA 02241 | Judgment creditor | ___ Hand Delivered<br>_X_ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| | | |
|---|---|---|
| Southern Ocean Medical Center<br>Attn: Bob Adams, President<br>PO Box 650292<br>Dallas, TX 75265 | Judgment creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Target<br>Attn: Brian Cornell, CEO<br>PO Box 673<br>Minneapolis, MN 55440 | Judgment creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Michaelson Foreign Car Parts<br>Attn: Susan Michaelson, President<br>56 Causeway Street<br>South River, NJ 08882 | Judgment creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4885-7036-5190, v. 1