UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

In Re:

Richard and Lorraine Kuhn

Case No.: 17-31259-MBK

Chapter: 13

Judge: Michael B. Kaplan

# AMENDED PROPOSED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $____2,482.50____ for services rendered and expenses in the amount of $____0____ for a total of $____2,482.50____. The allowance is payable:

☒ $ __2,482.50__ through the Chapter 13 plan as an administrative priority.

☒ $ ____0____ outside the plan.

The debtor's monthly plan is modified to require a payment of $____730.00____ per month for __4__ months beginning March 2022 to allow for payment of the above fee.

*rev.8/1/15*

4896-0703-2588, v. 1