UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for the Debtor

By: Marc C. Capone, Esq.

In Re:

Richard and Lorraine Kuhn

Case No.:       17-31259

Chapter:       13

Hearing Date:   February 23, 2022

Judge:     Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Amended Proposed Order Granting Supplemental Chapter 13 Fees

_____

Date: 2/2/2022

/s/ Marc C. Capone
Signature

*rev.8/1/15*