UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

In Re:

Richard and Lorraine Kuhn

Order Filed on February 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     17-31259-MBK

Chapter:     13

Judge:     Michael B. Kaplan

CORRECTED

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 25, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4846-8480-7154, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____2,482.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____2,482.50_____. The allowance is payable:

&boxtimes; $  2,482.50     through the Chapter 13 plan as an administrative priority.

&boxtimes; $    0          outside the plan.

The debtor's monthly plan is modified to require a payment of $_____660.00_____ per month for __5__ months beginning February 2022 to allow for payment of the above fee.

*rev.8/1/15*

4846-8480-7154, v. 1