| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Richard Kuhn | Social Security number or ITIN   xxx–xx–0116 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lorraine M. Kuhn | Social Security number or ITIN   xxx–xx–0394 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–31259–MBK | | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Richard Kuhn         Lorraine M. Kuhn

  <u>8/26/22</u>            **By the court:** <u>Michael B. Kaplan</u>
                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W          **Chapter 13 Discharge**          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-31259-MBK
Richard Kuhn  Chapter 13
Lorraine M. Kuhn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Aug 26, 2022  Form ID: 3180W  Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Richard Kuhn, Lorraine M. Kuhn, 738 Croy Rd, Brick, NJ 08724-1102 |
| cr | + | Specialized Loan Servicing, LLC, as servicer for T, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517131592 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517131593 | | Brick Dental Associates, 1683 Route 88 Ste B, Brick, NJ 08724-3072 |
| 517131594 | | Bricktown Medical Group, 34 Lanes Mill Rd, Brick, NJ 08724-7056 |
| 517131595 | | Brielle Orthopedics, 457 Jack Martin Blvd, Brick, NJ 08724-7776 |
| 517131600 | + | Celentano, Stadtmauer & Walentowicz, 1035 US Highway 46, Clifton, NJ 07013-7481 |
| 517131606 | ++++ | DOCTORS OFFICE OF BRIC, 686 ROUTE 70, BRICK NJ 08723-4026 address filed with court:, Doctors Office of Bric, 686 Route 70, Brick, NJ 08723-4026 |
| 517131604 | | Diversified Adjustment Swervices, Inc, DASI-Bankrupcty, 60 Coon Rapids Blvd NW, Coon Rapids, MN 55448-5809 |
| 517131607 | | Doctors Office of Bric, 484 Temple Hill Rd Ste 104, New Windsor, NY 12553-5529 |
| 517131608 | | Doctors Office of Brick, PO Box 870, Newburgh, NY 12551-0870 |
| 517131609 | | Donna L. Thompson, Esq., PO Box 679, Allenwood, NJ 08720-0679 |
| 517131610 | | Dr. John Young, Jr., 940 Cedar Bridge Ave Ste 101, Brick, NJ 08723-4170 |
| 517131613 | | Hematology Oncology Associates, 368 Lakehurst Rd Ste 201, Toms River, NJ 08755-7339 |
| 517131616 | | Jose Suatengco, 9 Mule Rd, Toms River, NJ 08755-5043 |
| 517131617 | | Keystone Orthopaedic, c/o NAHGA Claims, PO Box 189, Bridgton, ME 04009-0189 |
| 517131618 | | Lewis Wetstein, M.C., 143 South St, Freehold, NJ 07728-2043 |
| 517131620 | | Meridian Health, PO Box 9319, Trenton, NJ 08650-1319 |
| 517131621 | | Michaelson Foreign Car Parts, 56 Causeway St, South River, NJ 08882-1304 |
| 517137519 | + | Michaelson Foreign Car Parts, c/o DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |
| 517131624 | | Minuteclinic Diagnostic, PO Box 14099, Belfast, ME 04915-4034 |
| 517131625 | | Najib Alturk, MD, 508 Lakehurst Rd Ste 2B, Toms River, NJ 08755-8000 |
| 517327972 | | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 E, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517131627 | | Pluese, Becker & Saltzman, 2000 Horizon Way Ste 900, Mount Laurel, NJ 08054-4303 |
| 517131631 | | Southern Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 517131634 | | St. Joseph Medical Center, 1643 Lewis Ave Ste 203, Billings, MT 59102-4151 |
| 517131637 | | TFC Credit Corporation, PO Box 579, San Ramon, CA 94583-0579 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Aug 26 2022 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Aug 26 2022 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 17-31259-MBK    Doc 149    Filed 08/28/22    Entered 08/29/22 00:18:52    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| lm | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 26 2022 20:52:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blv., St.. 300, Highlands Ranch, CO 80129-2386 |
| 517131589 | ^ | MEBN | Aug 26 2022 20:51:14 | Apex, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517131590 | ^ | MEBN | Aug 26 2022 20:51:43 | Ars/Account Resolution Specialist, PO Box 459079, Sunrise, FL 33345-9079 |
| 517331344 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2022 20:56:33 | Ashley Funding Services, LLC its successors and, assigns assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517131591 | | Email/Text: ebn@rwjbh.org | Aug 26 2022 20:53:00 | Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 517131597 | | EDI: CAPIO.COM | Aug 27 2022 00:43:00 | Capio Partners, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 517131598 | | EDI: CAPIO.COM | Aug 27 2022 00:43:00 | Capio Partners LLC, Attn: Bankruptcy, PO Box 3498, Sherman, TX 75091-3498 |
| 517131599 | | EDI: CAPITALONE.COM | Aug 27 2022 00:43:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517131601 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 26 2022 20:51:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 517131602 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 26 2022 20:51:00 | Credit Acceptance, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 517131603 | | EDI: CCS.COM | Aug 27 2022 00:43:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 517131605 | | EDI: DCI.COM | Aug 27 2022 00:43:00 | Diversified Consultant, DCI, PO Box 551268, Jacksonville, FL 32255-1268 |
| 517131611 | | Email/Text: bncnotifications@pheaa.org | Aug 26 2022 20:52:00 | FedLoan Servicing, Attention: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517131612 | + | Email/Text: bkynotice@harvardcollect.com | Aug 26 2022 20:53:00 | Harvard Collection, Attn: Bankruptcy, 4839 N Elston Ave, Chicago, IL 60630-2589 |
| 517160578 | + | Email/Text: gbechakas@outlook.com | Aug 26 2022 20:52:00 | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 517131614 | | EDI: JEFFERSONCAP.COM | Aug 27 2022 00:43:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902-3051 |
| 517131615 | | EDI: JEFFERSONCAP.COM | Aug 27 2022 00:43:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 517131619 | | Email/Text: Meridianbankruptcy@hackensackmeridian.org | Aug 26 2022 20:53:00 | Meridian Health, PO Box 417140, Boston, MA 02241-7140 |
| 517131622 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2022 20:52:00 | Midland Funding, 227 W Strade St Ste 1610, Charlotte, NC 28202-1676 |
| 517131623 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2022 20:52:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 517131626 | | Email/Text: OMCbankruptcy@hackensackmeridian.org | Aug 26 2022 20:53:00 | Ocean Medical Center, PO Box 417140, Boston, MA 02241-7140 |
| 517131628 | | Email/Text: signed.order@pfwattorneys.com | Aug 26 2022 20:51:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517324465 | | EDI: Q3G.COM | Aug 27 2022 00:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517324456 | | EDI: Q3G.COM | Aug 27 2022 00:43:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 66 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517131629 | | Email/Text: clientservices@remexinc.com | Aug 26 2022 20:52:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517131630 | | Email/Text: bankruptcy@savit.com | Aug 26 2022 20:53:00 | Savit Coll, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517131632 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 26 2022 20:52:00 | Specialized Loan Servicing, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517131633 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 26 2022 20:52:00 | Specialized Loan Servicing/Sls, Attn: Bankruptcy, PO Box 636005, Littleton, CO 80163-6005 |
| 517133709 | + | EDI: RMSC.COM | Aug 27 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517131635 | | EDI: RMSC.COM | Aug 27 2022 00:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517131638 | | Email/Text: blindsay@transcontinentalcredit.com | Aug 26 2022 20:52:00 | Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |
| 517131636 | | EDI: WTRRNBANK.COM | Aug 27 2022 00:43:00 | Target Card Services, PO Box 673, Minneapolis, MN 55440-0673 |
| 519068492 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 26 2022 20:52:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517168600 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 26 2022 20:52:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517202888 | | Email/Text: bncnotifications@pheaa.org | Aug 26 2022 20:52:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517131639 | | Email/Text: collect@williamsalexander.com | Aug 26 2022 20:52:00 | Waassociates, PO Box 2148, Wayne, NJ 07474-2148 |
| 517131640 | | Email/Text: collect@williamsalexander.com | Aug 26 2022 20:52:00 | Williams, Alexander & Associates, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519295732 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518924468 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517131596 | ## | Buckley Madole, PC, 99 Wood Ave S Ste 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Aug 26, 2022 Form ID: 3180W Total Noticed: 66

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Loss Mitigation Specialized Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon bk@stewartlegalgroup.com |
| Marc C Capone | on behalf of Joint Debtor Lorraine M. Kuhn ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Richard Kuhn ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9