Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31259–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Kuhn
738 Croy Rd
Brick, NJ 08724–1102

Lorraine M. Kuhn
738 Croy Rd
Brick, NJ 08724–1102

Social Security No.:
  xxx–xx–0116
  xxx–xx–0394

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 29, 2022                    Michael B. Kaplan
                                             Judge, United States Bankruptcy Court